736 F.2d 1341
 115 L.R.R.M. (BNA) 2199, 116 L.R.R.M. (BNA) 3115,
99 Lab.Cas. P 10,633
 Benjamin R. BURROUGHS, on Behalf of OPERATING ENGINEERS
LOCAL UNION NO. 3, Plaintiff-Appellant,
v.
Dale MARR, Harold Huston, James R. Ivy, Harold K. Lewis,
Donald R. Strate, and Dennis Wright, Defendants-Appellees.
 No. 82-4650.
 United States Court of Appeals,
Ninth Circuit.
 July 5, 1984.
 
 1
 Michael Friedman, Siegel, Friedman & Dickstein, Oakland, Cal., for plaintiff-appellant.
 
 
 2
 John J. Davis, McCarthy, Johnson & Miller, Kimball S. Atwood, Cooley, Godward, Castro, Huddleson, San Francisco, Cal., for defendants-appellees.
 
 ORDER
 
 3
 Appeal from the United States District Court for the Northern District of California.
 
 
 4
 Case below: 559 F.Supp. 141.
 
 
 5
 Before KENNEDY and BOOCHEVER, Circuit Judges, and EAST*, District Judge.
 
 
 6
 The opinion filed December 15, 1983 is hereby withdrawn. The appeal is dismissed as moot.
 
 
 7
 Withdrawn on rehearing, 9th Cir., 742 F.2d-509.
 
 
 
 *
 Honorable William G. East, Senior United States District Judge for the District of Oregon, sitting by designation